UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
KIM VASQUEZ,

                        Plaintiff,

    – against –

POLICE OFFICER(S) MICHAEL WARREN, THOMAS MURRAY, A. ESPOSITO, & P. VAN CORA, ORANGETOWN POLICE DEPT., SOUTH NYACK-GRAND VIEW POLICE DEPT., PAVION APARTMENTS, SIMCHA UNGAR, CHAIM M. STEKEL, CHRISTINE SANTAITE, AND LOUIS FALCO III (All in their individual capacities) & SERGEANT N. WHALEN #212,

                        Defendants.
-------------------------------------------------------------------------x

**ORDER**

No. 20-cv-05851 (CS)

Seibel, J.

    At today's teleconference, Plaintiff indicated that he wished to withdraw all claims against Defendant Louis Falco III.  Therefore, all claims against Defendant Louis Falco III are DISMISSED.  The Clerk of Court shall send a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: January 14, 2021
       White Plains, New York

                                                      _____
                                                      CATHY SEIBEL, U.S.D.J.