UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Kim Vasquez,

                            Plaintiff,                     **ORDER**

           -against-                      20 Civ. 5851 (CS) (AEK)

Police Officer Michael Warren, et al.,

                           Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter has been referred to the undersigned for general pretrial supervision. ECF No. 91. On May 27, 2021, Plaintiff filed a letter seeking assistance with a subpoena requesting documents from the Nyack Justice Court. ECF No. 94. Plaintiff did not know where or when the requested documents should be produced and left that part of the subpoena blank. Because Plaintiff is incarcerated and proceeding pro se, the Clerk of the Court is hereby directed to complete the attached subpoena so that the "Place" for the production of documents is Kim Vasquez, 21A0325, Downstate Correctional Facility, Box F, Red Schoolhouse Road, Fishkill, NY 12524, and the "Date and Time" for the production of documents is June 30, 2021. The Clerk of the Court may then sign the subpoena and deliver it to the U.S. Marshals Service to effect service upon the parties in the case as well as the Nyack Justice Court.

      The Clerk of the Court is directed to mail a copy of this Order to the pro se Plaintiff.

Dated: June 2, 2021
       White Plains, New York

                                               **SO ORDERED.**

                                               _____
                                               ANDREW E. KRAUSE
                                               United States Magistrate Judge

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

KIM VASQUEZ
_____
Plaintiff
v.
Does, et. AL.
_____
Defendant

Civil Action No. 20-CV-5851 (CS)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: clerK of The Court of NyAck Justice Court
9 North Broadway Nyack, NY 10960 Also: Attn: Court Reporters of Court NYACK
*(Name of person to whom this subpoena is directed)*

☐ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: ALL COURT RECORDS AND COURT ORDERS from case; The People of The State of NY, v. Kim Vasquez, case # 20-020099, Also the Court transcripts of court dates of this case on 2/20/2020 And 2/25/2020 (ALL Dispositions Also)

| Place: | Date and Time: |
|---|---|
|  |  |

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT
OR

_____          _____
Signature of Clerk or Deputy Clerk                      Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* KIM VASQUEZ, who issues or requests this subpoena, are:
* 21A0325 Downstate Corr. Facility Box F
Red schoolhouse Road Fishkill, NY 12524

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).