UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Kim Vasquez,

                Plaintiff,                        **ORDER**

    -against-                      20 Civ. 5851 (CS) (AEK)

Police Officer Michael Warren, et al.,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court modifies its order docketed at ECF No. 113 to direct the Clerk of the Court to complete the subpoena so that the "Date and Time" for the production of documents is changed to **October 22, 2021**. The "Place" for the production of documents should still be listed as Kim Vasquez, 21A0325, Mid-State Correctional Facility, P.O. Box 2500, Marcy, NY 13403. The Clerk of the Court may sign the subpoena and deliver it to the U.S. Marshals Service to effect service upon the parties in the case as well as the Nyack Justice Court.

      The Clerk of the Court is directed to mail a copy of this Order to the pro se Plaintiff.

Dated: September 23, 2021
       White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge