UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Kim Vasquez,

                        Plaintiff,                      **ORDER**

      -against-                                 20 Civ. 5851 (CS) (AEK)

Police Officer Michael Warren, et al.,

                        Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Having not received any documents in response to the subpoena served on the Nyack Justice Court, see ECF No. 127, and in accordance with the schedule set by the undersigned at the November 4, 2021 telephonic status conference, Plaintiff filed a motion to compel disclosure dated November 4, 2021.  ECF No. 132 (docketed November 8, 2021).  As it turns out, following the November 4, 2021 conference, counsel for Defendants Esposito and Van Cura contacted the Nyack Justice Court on his own initiative regarding the subpoena to attempt to facilitate the production of the requested records.  See ECF No. 130.  Counsel was advised that the subpoenaed documents had been located and would be mailed to him, and in his letter to the Court, counsel stated that upon receiving the documents, he would forward them to all parties. Id.

      On November 9, 2021, counsel for Defendants Esposito and Van Cura served copies of the documents from the Nyack Justice Court on both Plaintiff and remaining Defendants Warren, Murray, Whalen, and Casey.  ECF Nos. 135-36.

      Accordingly, Plaintiff's motion to compel disclosure (ECF No. 132) is hereby DENIED as moot, and the Clerk of the Court is respectfully directed to terminate the motion.

The Clerk of the Court is also respectfully directed to mail a copy of this Order to the <u>pro se</u> Plaintiff.

Dated: November 12, 2021
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge