UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIM VASQUEZ,

                        Plaintiff,

-against-                                   20 **CIVIL** 5851 (CS)

                                                              **<u>JUDGMENT</u>**

POLICE OFFICERS MICHAEL WARREN,
THOMAS MURRAY, A. ESPOSITO & P. VAN
CURA (ALL IN THEIR INDIVIDUAL
CAPACITIES), SERGEANT N. WHALEN, #212,
and OFFICER PATRICK CASEY #247,

                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 22, 2022, the Orangetown Defendants' and South Nyack Defendants' motions are GRANTED, and Plaintiff's federal claims are dismissed with prejudice. The state claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

        September 28, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                            **BY:**       *K. Mango*

                                                               **Deputy Clerk**